Harleysville Mutual Insurance Company *v.* Fontano et al., Appellants.

Argued September 14, 1971. *Benjamin A. Katz,* for appellants; *Paul A. Lockrey,* for appellee.

Judgment affirmed; reargument refused November 16, 1971.

Hildebrand *v.* John Wilkes, Inc., Appellant.

Argued September 14, 1971. *Jerry B. Chariton,* with him *Louis Shaffer,* for appellant; *John H. Doran,* with him *Joseph F. Flanagan,* and *Flanagan, Doran, Biscontini & Shaffer,* for appellee.

Judgment affirmed.